UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff(s), ) ) | |
| vs. ) ) | Case No. 4:05CV744 JCH |
| EAST CENTRAL COLLEGE, et al., ) ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court upon several motions filed by the parties. Having fully considered the parties' submissions,

**IT IS HEREBY ORDERED** that Plaintiff Ohio Casualty Insurance Company's Federal Rule 59(e) Motion (Doc. No. 65) is **GRANTED**, and this Court's November 15, 2005 Memorandum and Order, and Order of Dismissal (Doc. Nos. 61, 62) are **VACATED**.[1]

**IT IS FURTHER ORDERED** that Defendants Griffith Development Company, James L. Griffith, Etsuko U. Griffith, Carl M. Griffith, and Garra A. Griffith's Fed. R. Civ. P. 59(e) Motion (Doc. No. 63) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff Ohio Casualty Insurance Company's Motion for Leave to File Second Amended Complaint (Doc. No. 67) is **GRANTED**.

Dated this 30th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order vacating the dismissal of this suit, Defendants SCI Engineering, Inc.'s and Geotest, Inc.'s Motions to Dismiss (Doc. Nos. 25, 38, 42), and Geotest, Inc.'s Motion for More Definite Statement (Doc. No. 44), remain pending.